No. 85–1647.  RUBINSTEIN v. TEXAS.  Ct. App. Tex., 10th Sup. Jud. Dist.  Certiorari denied.

No. 85–1657.  NELMS v. WEAVER ET UX.  Sup. Ct. Tenn. Certiorari denied.

No. 85–1666.  HOSFORD v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–1675.  KALISH v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 85–1681.  HECHT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 85–1682.  WARD v. UNITED STATES CONSUMER PRODUCT SAFETY COMMISSION.  C. A. Fed. Cir.  Certiorari denied.

No. 85–1703.  STRANAHAN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 85–1723.  FESLER ET UX. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 85–5929.  CASEY v. ALASKA.  Sup. Ct. Alaska.  Certiorari denied.

No. 85–5951.  OTERO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 85–5983.  CHURCHILL v. ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 85–6033.  SHAH v. KERN COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 85–6138.  WILKINS v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 85–6187.  LEE v. MILLER, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 85–6209.  BERTON v. UNITED STATES.  Ct. App. D. C. Certiorari denied.